# United States Court of Appeals
## For the First Circuit

Nos. 20-1037
     20-1119

GILBERTO PEREIRA BRITO, individually and on behalf of all those similarly situated; FLORENTIN AVILA LUCAS, individually and on behalf of all those similarly situated; JACKY CELICOURT, individually and on behalf of all those similarly situated,

Petitioners - Appellants/Cross - Appellees,

v.

MERRICK B. GARLAND, Attorney General, U.S. Department of Justice; TIMOTHY S. ROBBINS, Acting Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; JEAN KING, Acting Director, Executive Office of Immigration Review, U.S. Department of Justice; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility; YOLANDA SMITH, Superintendent of the Suffolk County House of Corrections; STEVEN N. SOUZA, Superintendent of the Bristol County House of Corrections; CHRISTOPHER BRACKETT, Superintendent of the Strafford County Department of Corrections; LORI STREETER, Superintendent of the Franklin County House of Corrections,

Respondents - Appellees/Cross - Appellants.

Before

Barron, Chief Judge,
Lynch, Lipez, Thompson, Kayatta, and Gelpí,
Circuit Judges.

**ORDER OF COURT**

Entered: July 6, 2022

     Pursuant to First Circuit Internal Operating Procedure X(C), the petition for rehearing en banc filed by respondents-appellees/cross-appellants Merrick B. Garland, Timothy S. Robbins, Tae D. Johnson, Alejandro Mayorkas, Jean King, Antone Moniz, Yolanda Smith, Steven Souza, Christopher Brackett, and Lori Streeter has also been treated as a petition for rehearing before the original panel. The petition for rehearing having been denied by the panel of judges who decided

the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

**LYNCH, Circuit Judge**, dissents from the denial of en banc rehearing.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette
Susan J. Cohen
Susan M. Finegan
Andrew N. Nathanson
Daniel Louis McFadden
Adriana Lafaille
Matthew R Segal
Michael King Thomas Tan
Mathilda McGee-Tubb
Henry R. Klementowicz
SangYeob Kim
Ryan T. Dougherty
Donald Campbell Lockhart
Rayford A. Farquhar
Carlton Frederick Sheffield
J. Max Weintraub
Huy Le
Catherine M. Reno
John A. Hawkinson
Benjamin Casper Sanchez
Mengying Yao
Valkyrie Jensen
Mimi Alworth
Maura Tracy Healey
Amanda S. Hainsworth
William M. Tong
Clare Kindall
Peter F. Neronha
Brianne J. Gorod